UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C.,<br><br>Petitioners,<br><br>v.<br><br>LUCAS CONSTRUCTION GROUP, INC.,<br><br>Respondent. | Civ. Action No.: 22-00613 (FLW)<br><br><br>**ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD AGAINST LUCAS CONSTRUCTION GROUP, INC.** |

This matter having come before the Court on a motion filed by petitioners Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, Safety, Education and Training Funds ("Funds"), and Zazzali, Fagella, Nowak, Kleinbaum & Friedman, P.C. (collectively, "Petitioners"), to confirm an arbitration award; this Court having found that respondent Lucas Construction Group, Inc. ("Respondent") is bound to a written Collective Bargaining Agreement which provides for the submission to arbitration of any controversies concerning delinquent payment to petitioners Funds; this dispute having been submitted to an arbitrator who, upon a hearing with proper notice to all parties, at which Respondent failed to appear or submit any opposition, entered an award (the "Arbitration Award"); this Court having jurisdiction to enforce an arbitration award pursuant to 9 U.S.C. § 9; the Court having considered the written submissions of Petitioners, to which Respondent has not submitted any opposition, pursuant to Fed. R. Civ. P. 78; and for good cause shown:

1

It is on this 24th day of March, 2022, **ORDERED** as follows:

1. The Arbitration Award against Respondent Lucas Construction Group, Inc., dated December 23, 2021, is hereby confirmed.

2. Judgment is hereby entered against Respondent Lucas Construction Group, Inc., in favor of petitioners, Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds in the amount of $119,276.23 (which includes the principal of $112,172.00, liquidation damages of $5,608.60 and interest of $1,495.63).

3. Judgment is hereby entered against respondent, Lucas Construction Group, Inc., in favor of petitioner Zazzali, Fagella, Nowak, Kleinbaum & Friedman in the amount of $22,434.40, which is twenty percent (20%) of the original total principal amount due of $112,172.00 to the petitioner Funds, or Respondent shall pay twenty percent (20%) of the adjusted amount shown to be due by the audit ordered herein plus interest of ten percent (10%) from the date of the Award on any part of the attorneys' fees awarded that is not paid within thirty days to petitioners Zazzali, Fagella, Nowak, Kleinbaum & Friedman.

4. Judgment is hereby entered against Respondent Lucas Construction Group, Inc., in favor of petitioners, Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds, in the amount of $1,600.00 for reimbursement of the arbitrator's fee.

5. Based on the foregoing, judgment is hereby entered, and Respondent is ordered to pay the total amount of **$143,310.63**.

6. Respondent Lucas Construction Group, Inc., shall permit the Funds' agents to conduct an audit of the books and records of the respondent.

7. Respondent Lucas Construction Group, Inc., shall pay Petitioners' costs in this action.

8. Respondent Lucas Construction Group, Inc., in accordance with the Arbitration Award, shall pay, as supplementary attorneys' fees, ten percent (10%) of the total amount due to petitioners Funds in the event that any additional efforts or services are required in order to recover the amounts due on the judgment.

9. Respondent Lucas Construction Group, Inc., its president, registered agent, or other authorized corporate official designated by the Funds, shall appear for discovery on oath and produce documents concerning the property and things in action of Respondent at the offices of Zazzali, Fagella, Nowak, Kleinbaum & Friedman upon ten (10) days' notice.

10. Respondent shall produce at that time and place the following documents pertaining to Lucas Construction Group, Inc. (the "Employer"):

    A. Bank Accounts;

    B. Federal and state tax returns;

    C. Financial statements;

    D. Documents evidencing ownership interest in real estate, motor vehicle, any and all equipment, pension, life or profit-sharing plans, stocks, bonds, securities or other tangible goods;

  E.  Payroll records, accounts receivables and accounts payables;

  F.  Any judgments or liens by or against the Employer;

  G.  Any and all loans, promissory notes, bills of exchange or commercial paper made by or for the benefit of the Employer.


            <u>/s/ Freda L. Wolfson</u>
            Hon. Freda L. Wolfson
            U.S. Chief District Judge